

**Office of the New York State Attorney General**

**Letitia James Attorney General**

May 7, 2025

**By ECF and Fax**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York, 10007

SO ORDERED.
5.8.25 /s/ Alvin K. Hellerstein

    Re:    *Hybrid NYC LLC v. N.Y.S. Cannabis Control Board, et al.*, SDNY No. 25-cv-3067 (AKH) (BCM)

Dear Judge Hellerstein:

    This Office represents defendants New York State Cannabis Control Board, New York State Office of Cannabis Management, Tremaine Wright, in her official capacity as Chairwoman of the New York State Cannabis Control Board, and Felicia A.B. Reid, in her official capacity as Executive Director of the New York State Office of Cannabis Management (collectively "Defendants"), in the above-referenced action. Defendants plan to move to dismiss the Complaint, and pursuant to ¶1(D) of the Court's Individual Rules, respectfully request the Court extend the time to respond to the Complaint from May 19, 2025, to June 13, 2025. This is Defendants' first request for an extension of this deadline, and Plaintiff consents to the extension.

    The parties have also conferred about briefing the anticipated motion to dismiss and respectfully jointly request that the Court set the following briefing schedule for the motion:

    Defendants' Opening Brief:    June 13, 2025
    Plaintiff's Opposition Brief:    August 4, 2025
    Defendants' Reply Brief:    August 25, 2025

    We thank the Court for its consideration of this request.

    Respectfully submitted,

    /s/
    Arastu K. Chaudhury
    Yuval Rubinstein
    Attorneys for Defendants

cc:    All Counsel of Record (Via ECF)