# **<u>EXHIBIT B</u>**

**Our Mission:** To Better The Lives Of Our Members And All Working People.

LOCAL 338
100th ANNIVERSARY
RWDSU/UFCW

ROSA LAFONTAINE — Recorder
JOHN R. DURSO — President
JOSEPH FONTANO — Secretary-Treasurer
NEIL E. GONZALVO — Executive Vice President
NIKKI KATEMAN — Assistant to the President

April 1, 2025

**VIA FIRST CLASS MAIL AND EMAIL**
Akindele M. Jeffrey-Coker
Hybrid NYC LLC d/b/a Gotham
296 Kent Avenue
Brooklyn, NY 11249

Re:     **Recognition of Local 338, RWDSU/UFCW – 296 Kent Ave. dispensary**

Dear Mr. Jeffrey-Coker:

I am the Director of Cannabis Services at Local 338, RWDSU/UFCW ("Union"). I write to introduce myself and to also inform you that, under its labor peace agreement with Hybrid NYC LLC d/b/a Gotham dated March 1, 2024 (a copy is enclosed), the Union has obtained the support of a majority of employees employed by Gotham at its retail facility located at 296 Kent Avenue, Brooklyn, New York ("Brooklyn Store") to represent them for purposes of collective bargaining.

The Union therefore requests, under Paragraph 3(e) of the labor peace agreement, that Gotham immediately recognize the Union as the exclusive collective bargaining representative of all full time and part time employees involved in the dispensing of cannabis and cannabis products at the Brooklyn Store, including but not limited to, all Budtenders, Sales Floor Supervisors, Inventory Specialists, Inventory Supervisors, Security employees, and Delivery employees. This is a "wall to wall", storewide bargaining unit. A majority of these employees signed authorization cards designating the Union as their exclusive collective bargaining representative.

The Security employees are not "guards" as defined by the National Labor Relations Act, and the Inventory Supervisors are not supervisors or managers as defined by the National Labor Relations Act. Accordingly, these employees are eligible to be part of the bargaining unit and are covered by the labor peace agreement.

Under Paragraph 2(d) of the labor peace agreement, I will be a principal representative of the Union. I will be the primary point of contact. We may add an additional representative in the future, but for now, it is me.

*We Are Stronger Together*
1505 Kellum Place Mineola, New York 11501 | 516.294.1338 | www.local338.org

      Paragraph 3(e) of the labor peace agreement has a fourteen (14) calendar day time limit for Gotham to confirm the Union's majority status. We can meet to do so within the next fourteen (14) calendar days, or we can agree on a neutral third party to count the cards if one is available to do so in the next fourteen (14) calendar days. Please let me know how you'd like to proceed.

      My email address is sguerrero@local338.org and phone number is 646-256-5359. Thank you and I look forward to working with you.

Very truly yours,

Saul Guerrero

Encl.

cc w/encl.:     Theo Gould, Esq. (via e-mail)