

**Office of the New York State Attorney General**

**Letitia James Attorney General**

June 3, 2025

**By ECF and Fax**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York, 10007

Re: *Hybrid NYC LLC v. N.Y.S. Cannabis Control Board, et al.*, SDNY No. 25-cv-3067 (AKH) (BCM)

Dear Judge Hellerstein:

    This Office represents defendants New York State Cannabis Control Board, New York State Office of Cannabis Management, Tremaine Wright, in her official capacity as Chairwoman of the New York State Cannabis Control Board, and Felicia A.B. Reid, in her official capacity as Executive Director of the New York State Office of Cannabis Management (collectively "Defendants"), in the above-referenced action. Defendants plan to move to dismiss the Amended Complaint, and pursuant to ¶1(D) of the Court's Individual Rules, respectfully request the Court extend all deadlines in the current briefing schedule by two weeks. This is Defendants' second request for an extension of this deadline, and Plaintiff consents to the extension. Defendants request the additional time to permit counsel to fully develop and vet their papers with the relevant stakeholders.

    If the Court grants the requested extension the deadlines would change as follows: Defendants' Opening Brief is currently due June 13, 2025, and would be due June 26, 2025. Plaintiff's Opposition Brief is currently due August 4, 2025, and would be due August 18, 2025. Defendants' Reply Brief is currently due August 25, 2025, and would be due September 8, 2025. No other deadlines or conference dates are currently scheduled.

    We thank the Court for its consideration of this request.

Respectfully submitted,

/s/
Arastu K. Chaudhury
Yuval Rubinstein
Attorneys for Defendants

cc:   All Counsel of Record (Via ECF)