UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HYBRID NYC LLC,<br><br>         Plaintiff,<br><br>   - against -<br><br>NEW YORK STATE CANNABIS CONTROL BOARD, NEW YORK STATE OFFICE OF CANNABIS MANAGEMENT, TREMAINE WRIGHT, in her official capacity as the Chairwoman of the New York State Cannabis Control Board, and FELICIA A.B. REID, in her official capacity as Executive Director of the New York State Office of Cannabis Management,<br><br>         Defendants. | Case No. 1:25-cv-3067-AKH<br><br>**NOTICE OF MOTION** |

  **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint and the Declaration of Yuval Rubinstein, dated June 26, 2025, with the exhibits attached thereto, defendants New York State Cannabis Control Board, New York State Office of Cannabis Management, Tremaine Wright, and Felicia A.B. Reid (collectively "Defendants"), by their attorney, Letitia James, New York State Attorney General, hereby move this Court for an Order dismissing with prejudice the Amended Complaint (Dkt. 15) pursuant to Federal Rule of Civil Procedure 12(b)(1), and for such further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's June 4, 2025, Scheduling Order (Dkt. 18), Plaintiff's opposition papers must be served and filed by August 18, 2025, and Defendants' reply to that opposition must be served and filed by September 8, 2025.

Dated: June 26, 2025
       New York, New York

                                          Respectfully,

                                          LETITIA JAMES
                                          Attorney General
                                          State of New York
                                          *Attorney for Defendants*

                                            By: */s/*
                                          Arastu Kabeer Chaudhury
                                          Yuval Rubinstein
                                          28 Liberty Street
                                          New York, New York 10005
                                          Tel: (212) 416-8555