UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
                        :

HYBRID NYC, LLC,

                     Plaintiff,

       -against-

NEW YORK STATE CANNABIS CONTROL
BOARD, NEW YORK STATE OFFICE OF
CANNABIS MANAGEMENT, TREMAINE
WRIGHT, in her official capacity as the
Chairwoman of the New York State Cannabis
Control Board, and FELICIA A.B. REID, in her
official capacity as Executive Director of the New
York State Office of Cannabis Management,

                   Defendants.
------------------------------------------------------------------ X

**SCHEDULING ORDER**

25 Civ. 3067 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The parties are hereby ordered to appear for a telephonic status conference on March 27, 2026, at 10:00 a.m., which will be held via the following call-in number:

      **Call-in number: 646-453-4442**

      **Access code: 451 632 246#**

      To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **10 minutes** prior to the start of the conference.

      No later than March 24, 2026, at 12:00 p.m., the parties shall file, via ECF, a joint civil case management plan. A fillable blank template of the Court's civil case management plan is available on the Court's webpage.

Finally, no later than March 24, 2026, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

SO ORDERED.

Dated:      March 3, 2026                    ____/s/ Alvin K. Hellerstein_____
            New York, New York               ALVIN K. HELLERSTEIN
                                             United States District Judge