

Matthew S. Schweber, Esq
FEUERSTEIN KULICK LLP
420 Lexington Avenue, Suite 2024
New York, New York 10170

WORK: 646.933.4776
CELL: 646.705.8000
EMAIL: matt@dfmklaw.com

March 18, 2026

**So ordered.  The parties shall brief summary judgment according to the proposed schedule.  The status conference scheduled for March 27, 2026 shall be adjourned until after decision on summary judgment, if necessary.**

**/s/ Alvin K. Hellerstein**
**U.S.D.J.**
**March 19, 2026**

<u>**VIA PACER**</u>

Honorable Alvin K. Hellerstein
U.S. District Court
For the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Hybrid NYC, LLC v. New York State Cannabis Control Board* et. al., Index No. 25 Civ. 3067 (AKH)

Dear Judge Hellerstein:

This firm represents Plaintiff Hybrid NYC, LLC ("Plaintiff" or "Hybrid") in the suit referenced above (the "Hybrid Action").

In the Court's Scheduling Order of March 3, 2026 (ECF No. 34), Your Honor asked the parties to file a joint civil case management plan by March 24, 2026.

Correspondence between the parties proceeded, to this end, over the last two weeks. Following which, the parties have concluded that resolution of their dispute does not require any discovery. The only outstanding matter for this Court to address is whether, as a matter of law, the National Labor Relations Act and its attendant preemption jurisprudence nullifies the requirement in New York's Cannabis Law[1] that a cannabis licensee maintain a labor peace agreement as a material condition of procuring, maintaining, and renewing a license.

In the interest of judicial economy, the parties ask the Court to accept the following briefing schedule (delineated below) for Plaintiff's forthcoming summary judgment motion in accordance with Fed. R. Civ. P. Rule 56 in lieu of us submitting a joint civil case management plan.

- Plaintiff's Summary Judgment Motion submitted on or before March 27, 2026.
- Defendants' Response submitted on or before May 5, 2026.
- Plaintiff's Reply submitted on or before June 19, 2026.

---

[1] *See, e.g.*, MRTA §§ 64 (g)(i), 66(5) and 9 NYCRR § 120.11(c)(2).

Honorable Alvin K. Hellerstein
March 18, 2026
Page 2 of 2


       If the Court is amenable to the schedule the parties have proposed above, we can draft a Stipulation for the Court's signature and submit it on or before March 24, 2026.

       We thank the Court for its consideration of the matters contained herein.


       Respectfully Submitted,

       */s/ Matthew S. Schweber*
       Matthew S. Schweber


cc: all counsel of record