UNITED STATES DISTRICT COURT OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

HYBRID NYC LLC,                                           :
                                                         :
                              *Plaintiff*,               :          Case No. 1:25-cv-03067-AKH
                                                         :
            -against-                                    :
                                                         :          **NOTICE OF MOTION**
                                                         :
NEW YORK STATE CANNABIS CONTROL          :
BOARD, NEW YORK STATE OFFICE OF          :
CANNABIS    MANAGEMENT,    TREMAINE      :
WRIGHT, in her official capacity as the Chairwoman       :
of the New York State Cannabis Control Board, and        :
FELICIA A.B. REID, in her official capacity as           :
Executive Director of the New York State Office of       :
Cannabis Management,                                     :
                                                         :
                              *Defendants*.              :

---------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support

of Plaintiff's Motion for Summary Judgment, the Statement of Material Facts, the Declaration of

David Feuerstein dated March 27, 2026, and the exhibits attached thereto, the Affidavit of

Akindele Jeffrey-Coker sworn to on March 25, 2026, and the exhibits attached thereto, Plaintiff

Hybrid NYC LLC ("Plaintiff" or "Hybrid"), by and through their undersigned attorneys, hereby

moves this Court for an Order granting summary judgment pursuant to Federal Rule of Civil

Procedure 56, and for such other relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated March

19, 2026 (ECF No. 36), Defendants' opposition papers must be filed on or before May 5, 2026, and

Plaintiff's reply to that opposition must be filed on or before June 19, 2026.

Dated:  New York, New York
       March 27, 2026

                    FEUERSTEIN KULICK LLP

                    By:   */s/ David Feuerstein*
                          David Feuerstein
                          Matthew Schweber
                          420 Lexington Ave, Suite 2024
                          New York, New York 10170
                          Tel: (646) 768-0591
                          david@dfmklaw.com
                          matt@dfmklaw.com
                          *Attorneys for Plaintiff*

2