

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

April 29, 2026

**By ECF and Fax**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York, 10007
Fax: (212) 805-7942

**So ordered.**

**/s/ Alvin K. Hellerstein**
**U.S.D.J.**
**April 29, 2026**

Re:    *Hybrid NYC LLC v. N.Y.S. Cannabis Control Board, et al.*, SDNY No. 25-cv-3067 (AKH)

Dear Judge Hellerstein:

This Office represents defendants New York State Cannabis Control Board, New York State Office of Cannabis Management, Jessica C. García, in her official capacity as Chairwoman of the New York State Cannabis Control Board, and John Kagia, in his official capacity as Executive Director of the New York State Office of Cannabis Management (collectively "Defendants"),[1] in the above-referenced action. Defendants respectfully request the Court extend the time to respond to Plaintiff's motion for summary judgment from May 5, 2026, to May 12, 2026, and, concomitantly, extend Plaintiff's time to reply by a week from June 19, 2026, to June 26, 2026. This is Defendants' first request for an extension of this deadline, and Plaintiff consents to the extension.

We thank the Court for its consideration of this request.

Respectfully submitted,

_____/s/_____
Yuval Rubinstein
Arastu K. Chaudhury
Attorneys for Defendants

cc:    All Counsel of Record (Via ECF)

---

[1] Ms. Garcia and Mr. Kagia are automatically substituted for former Chairwoman of the Board Tremaine Wright and former Executive Director Felicia A.B. Reid. *See* Fed. R. Civ. P. 25(d).