UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| HYBRID NYC LLC,<br><br>                              Plaintiff,<br><br>          - against -<br><br>NEW YORK STATE CANNABIS CONTROL<br>BOARD, *et al.*,<br><br>                              Defendants. | Case No. 1:25-cv-3067-AKH<br><br>**<u>NOTICE OF MOTION</u>** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Cross-Motion for Summary Judgment and the Declaration of Yuval Rubinstein, dated May 11, 2026, with the exhibits attached thereto, and Defendants' Local Rule 56.1(a) Statement of Additional Material Facts to Which There is no Genuine Issue to be Tried, defendants New York State Cannabis Control Board, New York State Office of Cannabis Management, Jessica García, and John Kagia (collectively "Defendants"), by their attorney, Letitia James, New York State Attorney General, hereby move this Court for an Order dismissing with prejudice the Amended Complaint (Dkt. 16) pursuant to Federal Rule of Civil Procedure 56, and for such further relief as this Court deems just and proper.

Dated: May 11, 2026
          New York, New York

                              Respectfully,

                              LETITIA JAMES
                              Attorney General
                              State of New York
                              *Attorney for Defendants*

1

By:_____/s/_____
Arastu Kabeer Chaudhury
Yuval Rubinstein
28 Liberty Street
New York, New York 10005