UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HYBRID NYC LLC,

                                        Plaintiff,

                    - against -                                    Case No. 1:25-cv-3067-AKH

NEW YORK STATE CANNABIS CONTROL
BOARD, *et al.*,

                                        Defendants.

---

**YUVAL RUBINSTEIN**, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury

that the following is true and correct to the best of my knowledge:

1.      I am a Special Litigation Counsel at the Office of the New York State Attorney

General, counsel for Defendants New York State Cannabis Control Board, New York State Office

of Cannabis Management, Jessica García, and John Kagia ("Defendants") in this action. I submit

this declaration for the limited purpose of providing the Court with the below referenced exhibits,

cited in the Memorandum of Law in Support of Defendants' Cross-Motion for Summary Judgment

and Local Rule 56.1(a) Statement.

2.      Annexed hereto as **Exhibit A** is the docket activity for Hybrid NYC LLC before

the National Labor Relations Board;

3.      Annexed hereto as **Exhibit B** is the docket activity for Gotham NYC Management

LLC before the National Labor Relations Board.

1

Dated: May 11, 2026
New York, New York

       */s/ Yuval Rubinstein*
      Yuval Rubinstein
      Special Litigation Counsel
      28 Liberty Street
      New York, NY 10005
      (212) 416-8673
      yuval.rubinstein@ag.ny.gov
      *Attorney for Defendants*

2