# EXHIBIT A

 An official website of the United States government    **Here's how you know**

Español    |    Other Languages

 **NLRB**
**National Labor Relations Board**

≡ **Menu**

[Home](Home)

# Case Search Results

## Hybrid NYC LLC d/b/a Gotham

E-File    Follow

**Case Number:** 29-RC-363875
**Date Filed:** 04/15/2025
**Status:** Closed
**No. of Employees:** 28

**Location:** Brooklyn, NY
**Region Assigned:** Region 29, Brooklyn, New York

**Unit Description:** Included: All full time and regular part time non-supervisory employees employed at the Employer's facility located at 296 Kent Avenue, Brooklyn, NY, including but not limited to, all Budtenders, Delivery Drivers, Delivery Supervisors, Inventory Specialists, Inventory Supervisors, Sales Floor Supervisors, and Security employees. Excluded: All Assistant Store Managers, General Managers, supervisors, guards, and employees excluded under the National Labor Relations Act or policy of the National Labor Relations Board.

### Docket Activity

Items per page

10

| Date ⬇ | Document | Issued/Filed By |
|---|---|---|
| 04/24/2025 | RD Order* | NLRB - GC |
| 04/16/2025 | Signed RC Petition* | NLRB - GC |

The Docket Activity list does not reflect all actions in this case.

* This document may require redactions before it can be viewed. To obtain a copy, pleas[...]

Back to top

through our FOIA Branch.

## Related Documents

Related Documents data is not available.

## Allegations

Allegations data is not available.

## Participants

| Participant | Address | Phone |
|---|---|---|
| **Petitioner**<br>Legal Representative<br>Baluzy, Christopher<br>Cary Kane LLP | 1350 Broadway<br>Suite 1810<br>New York, NY<br>10018 | (212)871-0535 |
| **Employer**<br>Legal Representative<br>GOULD, THEO<br>Littler Mendelson, P.C. | 900 Third Avenue<br>8th Floor<br>New York, NY<br>10022-3298 | (212)497-8489 |
| **Employer**<br>Employer<br>Gotham NYC Management LLC<br>d/b/a Gotham | Brooklyn, NY<br>11249 | (646)970-7811 |
| **Petitioner**<br>Union<br>Local 338, RWDSU/UFCW | Mineola, NY<br>11501 | |

## Related Cases

Related Cases data is not available.

# Most Popular Pages

Who We Are

National Labor Relations Act

Cases & Decisions

Back to top

Recent Charges & Petitions Filings

The Law

The Right to Strike

Case Search

Contact Us

Frequently Asked Questions

# Content in Other Languages

Español - Spanish

العربية - Arabic

中文 (繁體中文) - Chinese (Traditional)

中文 (简体中文) - Chinese (Simplified)

Français - French

Kreyòl ayisyen - Haitian Creole

हिंदी - Hindi

Hmong - Hmong

한국어 - Korean

Polski - Polish

Português - Portuguese

ਪੰਜਾਬੀ - Punjabi

Русский - Russian

Somali - Somali

Tagalog - Tagalog

اردو - Urdu

Tiếng Việt - Vietnamese

# Connect With NLRB

**NLRB Subscription Updates**



**National Labor Relations Board**

Site Map | Policies | OpenGov | USA.gov | FOIA | Privacy |
No Fear Act | EEO

## About

Rights We Protect

## Resources

Inspector General

## Other

Site Feedback

Back to top

| What We Do | Fact Sheets | FAQ |
| --- | --- | --- |
| Who We Are | Fillable Forms | Contact Us |
| | Related Agencies | |
| | E-file via SecureRelease | |
| | Section 508 | |
| | Employee Rights Poster | |

Back to top