# EXHIBIT B

 An official website of the United States government   **Here's how you know**

Español   |   Other Languages

 **NLRB**
**National Labor
Relations Board**

≡ **Menu**

Home

# Case Search Results

## Gotham NYC Management LLC d/b/a Gotham

E-File          Follow

**Case Number:** 29-RC-364487
**Date Filed:** 04/24/2025
**Status:** Closed

**Location:** Brooklyn, NY
**Region Assigned:** Region 29, Brooklyn, New York

**Tally Issued Date:** 06/11/2025
**Status:** Closed
**No. of Eligible Voters:** 25
**Void Ballots:** 0
**Total Ballots Counted:** 21
**Challenged Ballots:** 3
**Votes for Labor Union:** 18

**Tally Type:** Initial
**Ballot Type:** Single Labor Organization
**Unit ID:** A
**Votes Against:** 3
**Challenges Determinative:** No
**Reason Closed:** Certific. of Representative

**Labor Union:** Local 338, Retail, Wholesale and Department Store Union, UFCW
**Voting Unit (Unit A):** Included: All full time and regular part time non-supervisory employees employed at the Employer's facility located at 296 Kent Avenue, Brooklyn, NY, including but not limited to, all Budtenders/Sales Associates, Delivery Drivers, Inventory Specialists/Inventory Associates Excluded: All General Managers, Assistant Store Managers, Sales Floor Supervisors, Delivery Supervisors, Inventory Supervisors, supervisors, guards, and employees excluded under the National Labor Relations Act or policy of the National Labor Relations Board
**Union to Certify:** Local 338, Retail, Wholesale and Department Store Union, UFCW

Back to top

## Docket Activity

**Items per page**

10

| Date ↓≡ | Document | Issued/Filed By |
|---------|----------|-----------------|
| 06/25/2025 | Certification of Representative | NLRB - GC |
| 06/25/2025 | Tally of Ballots* | NLRB - GC |
| 05/12/2025 | Stipulated Election Agreement* | NLRB - GC |
| 05/12/2025 | Notice of Election | NLRB - GC |
| 05/09/2025 | RD Order to Reschedule Hearing* | NLRB - GC |
| 04/24/2025 | Signed RC Petition* | Petitioner |

The Docket Activity list does not reflect all actions in this case.

* This document may require redactions before it can be viewed. To obtain a copy, please file a request through our FOIA Branch.

## Related Documents

Related Documents data is not available.

## Allegations

Allegations data is not available.

## Participants

| Participant | Address | Phone |
|-------------|---------|-------|
| **Employer**<br>Additional Service<br>Jeffrey-Coker, Akindele<br>Gotham NYC Management LLC<br>d/b/a Gotham | 300 Kent Avenue<br>Brooklyn, NY<br>11249 | (646)970-7811 |
| **Petitioner**<br>Legal Representative<br>Baluzy, Christopher<br>Cary Kane LLP | 1350 Broadway<br>Suite 1810<br>New York, NY<br>10018 | (212)871-0535 |
| **Employer**<br>Additional Service<br>Ashmeade, Javon | 397 W. 12th Street<br>New York, NY<br>10014 | (646)970-7811 |

Back to top

| Participant | Address | Phone |
|---|---|---|
| Gotham NYC Management LLC d/b/a Gotham | | |
| **Employer**<br>Additional Service<br>Ashmeade, Javon<br>Gotham NYC Management LLC d/b/a Gotham | 3 E. 3rd Street<br>New York, NY<br>10003 | (646)970-7811 |
| **Employer**<br>Legal Representative<br>GOULD, THEO<br>Littler Mendelson, P.C. | 900 Third Avenue<br>8th Floor<br>New York, NY<br>10022-3298 | (212)497-8489 |
| **Petitioner**<br>Union<br>Local 338, Retail, Wholesale and Department Store Union, UFCW | Mineola, NY<br>11501 | (516)294-1338 |
| **Employer**<br>Employer<br>Gotham NYC Management LLC d/b/a Gotham | Brooklyn, NY<br>11249 | (646)970-7811 |
| **Employer**<br>Additional Service<br>Hybrid NYC LLC - C T Corporation System | New York, NY<br>1000 | |

## Related Cases

Related Cases data is not available.

# Most Popular Pages

Who We Are

National Labor Relations Act

Cases & Decisions

Back to top

Recent Charges & Petitions Filings

The Law

The Right to Strike

Case Search

Contact Us

Frequently Asked Questions

## Content in Other Languages

Español - Spanish

العربية - Arabic

中文 (繁體中文) - Chinese (Traditional)

中文 (简体中文) - Chinese (Simplified)

Français - French

Kreyòl ayisyen - Haitian Creole

हिंदी - Hindi

Hmong - Hmong

한국어 - Korean

Polski - Polish

Português - Portuguese

ਪੰਜਾਬੀ - Punjabi

Русский - Russian

Somali - Somali

Tagalog - Tagalog

اردو - Urdu

Tiếng Việt - Vietnamese

## Connect With NLRB

**NLRB Subscription Updates**



**National Labor Relations Board**

Site Map | Policies | OpenGov | USA.gov | FOIA | Privacy | No Fear Act | EEO

**About**

Rights We Protect

**Resources**

Inspector General

**Other**

Site Feedback

Back to top

| What We Do | Fact Sheets | FAQ |
| --- | --- | --- |
| Who We Are | Fillable Forms | Contact Us |
|  | Related Agencies |  |
|  | E-file via SecureRelease |  |
|  | Section 508 |  |
|  | Employee Rights Poster |  |

Back to top