**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

October 29, 2026

**By ECF**
United States District Judge
Southern District of New York
500 Pearl Street/40 Foley Square
New York, New York, 10007

Re: *Hybrid NYC LLC v. N.Y.S. Cannabis Control Board, et al.*,
No. 25-cv-3067 (AKH) (BCM)

To the presiding Judge:

This Office represents the Defendants in the above-referenced action. We write respectfully to inform the Court of recent New York State legislative changes that may render this matter moot. Today, Governor Kathy Hochul signed S10643 into law, which is attached as Exhibit A. The law, *inter alia*, repeals New York Cannabis Law §§ 3(29), 64(1)(i), and 66(5), the labor peace agreement requirements that are at issue in this matter, effective immediately.

In signing S10643 into law, Governor Hochul also issued an Approval Message, attached as Exhibit B, which describes the agreement the Governor and the Legislature reached to amend the law in the new year. As noted in the Approval Message, this further amendment would preserve the repeal of Cannabis Law §§ 3(29), 64(1)(i), and 66(5), the labor peace agreement requirement in full. It additionally would give the Cannabis Control Board the discretion to prioritize adult-use license application submission, review, selection, and issuance based on an applicant's voluntary entry into a labor peace agreement.

We have communicated these developments to Plaintiff's counsel and hope to resolve this matter expeditiously. We thank the Court for its consideration of this letter.

Respectfully,

*/s/ Arastu K. Chaudhury*
Arastu K. Chaudhury
Yuval Rubinstein
Attorneys for Defendants

cc: All Counsel of Record (Via ECF)