# EXHIBIT B

STATE OF NEW YORK
EXECUTIVE CHAMBER
ALBANY 12224

APPROVAL #7
CHAPTER #369

October 28, 2026

MEMORANDUM filed with Senate Bill 10643, entitled:

"AN ACT to amend the cannabis law and the labor law, in relation to labor peace agreements and the cannabis wage industry board; and repealing certain provisions of the cannabis law relating thereto."

APPROVED

This bill would repeal the Marihuana Regulation and Taxation Act's requirement for license applicants to submit a labor peace agreement in support of adult-use license applications, create a new reporting requirement for licensees, and create a cannabis industry wage board.

New York's cannabis industry is in its infancy, and licensees and employees are adapting to evolving market and legal developments. This bill helps guarantee that licensees and employees continue to work together in a mutually beneficial manner, without imposing burdensome requirements on either; however, the bill as passed would create uncertainty in the industry by imposing a burdensome reporting requirement on applicants and by creating a wage board that could raise costs for licensees and drive consumers to the illicit market.

I have reached an agreement with the Legislature to address these concerns in an amendment in the upcoming legislative session. This further amendment would preserve the repeal of the labor peace agreement requirement in full, while removing the wage board component of the bill. Additionally, it would give the Cannabis Control Board the discretion to prioritize adult-use license application submission, review, selection, and issuance based on an applicant's voluntary entry into a labor peace agreement.

On the basis of this agreement, I am pleased to sign this bill into law.

This bill is approved.

Kathy Hochul